## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SUMMER PROVENCIO,

    Plaintiff,

vs.                                      Case No. 12-CV-912 KG-WPL

ISAIAH BAKER AND JUSTIN
TRUJILLO individually, and THE
CITY OF LAS CRUCES,

    Defendants.

## **ORDER OF DISMISSAL WITH PREJUDICE**

    THIS MATTER, having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice; the parties having previously agreed to the voluntary dismissal of Defendants Isaiah Baker and Justin Trujillo; and the remaining parties having entered into a settlement agreement wherein all issues between them have been resolved amicably; the Court finds that the motion is well-taken and will be GRANTED.

    IT IS THEREFORE ORDERED that this matter is hereby dismissed with prejudice.

_____
United States District Judge